## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOEL AARON SILBERMANN,      :    Civil No. 4:25-CV-00991

      :

    Plaintiff,      :

      :

    v.      :

      :

PRESIDENT JOE BIDEN, *et al.*,      :

      :

    Defendants.      :    Judge Jennifer P. Wilson

### MEMORANDUM

Before the court is the report and recommendation of United States Magistrate Judge Phillip J. Caraballo recommending that this action be dismissed without prejudice because Plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 16.)  No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.  *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Caraballo's analysis is well-reasoned and fully supported by the record and

1

applicable law.  Accordingly, the court will adopt the report and recommendation,

Doc. 16, dismiss the complaint without prejudice, Doc. 1, and close this case.  An

appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: July 29, 2026