**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOEL AARON SILBERMANN, | : | Civil No. 4:25-CV-00991 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PRESIDENT JOE BIDEN, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 29th day of July, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 16, is **ADOPTED**.

2) Plaintiff's complaint, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania